# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: FLUOROQUINOLONE PRODUCTS LIABILITY LITIGATION | **ORDER FOR DISMISSAL** |
| This Document Relates to:<br><br>*Heather Dodd v. Bayer Corporation;*<br>Case No. 15-cv-4403-JRT | Master Docket Case No. 0:15-md-02642<br>Hon. Judge John R. Tunheim |

Thomas M. Sims, **BARON AND BUDD, P.C.,** 3102 Oak Lawn Avenue, Suite 1100, Dallas, TX 75219, for plaintiff.

Andrew Keith Solow, **ARNOLD & PORTER KAYE SCHOLER LLP,** 250 West 55th Street, New York, NY 10019-9710, for defendants.

This matter is before the Court upon the parties' Stipulation of Dismissal with Prejudice [Document No. 22], filed May 29, 2018.

Accordingly, based on a review of the file, records, and proceedings herein, **IT IS HEREBY ORDERED** that this action shall be **DISMISSED WITH PREJUDICE** as to Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., and Janssen Research and Development, LLC, each party to bear its own costs, fees and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: May 31, 2018  
At Minneapolis, Minnesota

s/John R. Tunheim  
JOHN R. TUNHEIM  
Chief Judge  
United States District Court